# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIRA NWANA,<br><br>                      Petitioner,<br><br>          v.<br><br>WILLIAM P. BARR, et al.,<br><br>                      Respondents. | Case No. ED CV 19-02227 DSF (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation ("Report").

On April 13, 2020, Petitioner notified the Court that she has been released from custody ("April 13 filing"). No objections to the Report are raised in the April 13 filing. Based on the limited information provided to it, the Court cannot determine if any claims in the Petition are rendered moot by Petitioner's release. *See Hoang Trinh v. Homan*, 333 F.Supp.3d 984, 990 (C.D. Cal. 2018) (finding petitioners' claims continued to present a live controversy notwithstanding their release from detention because their release could be revoked) (citing *Rodriguez v. Hayes*, 591 F.3d 1105, 1117 (9th Cir. 2010). At least one claim raised in the Petition, the denial of proper medical care, is not rendered moot by Petitioner's release. Accordingly,

the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action without prejudice.

DATED: April 29, 2020

*Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

2