JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIRA NWANA, <br> Petitioner, <br> v. <br> WILLIAM P. BARR, et al., <br> Respondents. | Case No. ED CV 19-02227 DSF (RAO) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: April 29, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE